# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**(Hon. Cathy Ann Bencivengo)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19cr1388-CAB |
| Plaintiff, | **ORDER GRANTING EXTENSION OF DEFENDANT'S SELF-SURRENDER DATE AND CONTINUANCE OF BOND EXONERATION HEARING** |
| v. | |
| RAFAEL VARGAS CANO (5) | |
| Defendant. | |

Good cause appearing, **IT IS HEREBY ORDERED** that Defendant Rafael Vargas Cano surrender to the facility designated by the Bureau of Prisons on December 11, 2020, no later than 12:00 P.M.

**IT IS FURTHER ORDERED** that the bond exoneration hearing for defendant is continued from November 13, 2020 to December 18, 2020 at 9:00 A.M.

**IT IS SO ORDERED.**

Dated:   11/13/2020

**HON. CATHY ANN BENCIVENGO**
United States District Judge